1 BROWNSTEIN THOMAS, LLP
  MARK C. THOMAS SBN: 215580
2 180 Montgomery Street, Suite 940
  San Francisco, CA 94104
3 Telephone: 415-986-1338
  Facsimile: 415-986-1231
4
  Attorneys for Defendants
5 Chung F. Han, Josephine C. Han,
  and Edward Han
6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 MARSHALL LOSKOT, an individual,        CASE NO.: CV-09-4020-MHP

12              Plaintiff,                **STIPULATION OF DISMISSAL OF**
                                          **ACTION WITH PREJUDICE AND ORDER**
13       vs.

14
   CHEUNG F. HAN; JOSEPHINE C. HAN;
15 and EDWARD HAN aka FULL MOON
   SEAFOOD RESTAURANT,
16
                Defendants.
17

18

19       Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and a settlement

20 reached by the parties plaintiff Marshall Loskot ("Plaintiff") and defendants Cheung F. Han,

21 Josephine C. Han, and Edward Han ("Defendants"), by and through their respective counsel of

22 record, hereby stipulate to and request a dismissal with prejudice of this entire action, including

23 any and all claims and causes of action alleged against any and all defendants, with each party to

24 bear its own attorney's fees and costs.

25 ///

26 ///

27 ///

28 ///

1
2  **IT IS SO STIPULATED.**
3
4  Dated: April 21 2010                              THOMAS E. FRANKOVICH, A.P.L.C.
5
6                                                    By: _____
7                                                        Thomas E. Frankovich
                                                         Attorneys for Plaintiff
8
9  Dated: April 23 2010                              BROWNSTEIN THOMAS, LLP
10
11                                                   By: _____
12                                                       Mark C. Thomas
                                                         Attorney for Defendants
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR DISMISSAL - 2

1  Based on the stipulation of the parties and good cause appearing, IT IS HEREBY
2  ORDERED that this action is dismissed with prejudice and each party will bear its own costs and
3  attorney fees.
4  DATED: ___April 27, 2010___



MARILYN HALL PATEL
UNITED STATES DISTRICT